# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 30, 2023

## NO. 03-23-00262-CV

**John Desmarais, Appellant**

**v.**

**Unknown, Appellee**

## APPEAL FROM THE 169TH DISTRICT COURT OF BELL COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE TRIANA

This is an appeal from the judgment signed by the trial court in 2004. Having reviewed the record, the Court holds that John Desmarais has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. In addition, having reviewed the notice of appeal, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of prosecution and for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.